FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 4 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 21-1510 KWR |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and N.M. STAT. ANN. 30-6-1(D): Abuse of a Child (Great Bodily Harm); |
| **CHRISTOPHER MARQUEZ,** | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 1153, 113(a)(8), and 2266(7)(B): Assault of a Spouse or Intimate Partner by Strangling or Suffocating; |
| | ) Counts 3 and 4: 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3): Abusive Sexual Contact. |

INDICTMENT

The Grand Jury charges:

Count 1

Between on or about May 20, 2021, and on or about July 10, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTOPHER MARQUEZ**, an Indian, did knowingly, intentionally, and recklessly, and without justifiable cause, cause and permit Jane Doe 1, an Indian child under the age of 18, to be tortured, cruelly confined, or cruelly punished, resulting in great bodily harm.

In violation of 18 U.S.C. §§ 1153 and N.M. STAT. ANN. § 30-6-1(D).

Count 2

Between on or about May 20, 2021, and on or about July 10, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTOPHER**

**MARQUEZ**, an Indian, unlawfully and knowingly assaulted Jane Doe 2, a spouse or intimate partner, by strangling and suffocating, and attempting to strangle and suffocate.

In violation of 18 U.S.C. §§ 1153, 113(a)(8), and 2266(7)(B).

## Count 3

Between on or about May 20, 2021, and on or about July 10, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTOPHER MARQUEZ**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 2, and the sexual contact consisted of the defendant intentionally touching Jane Doe 2's breasts directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3).

## Count 4

Between on or about May 20, 2021, and on or about July 10, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **CHRISTOPHER MARQUEZ**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 2, and the sexual contact consisted of the defendant intentionally touching Jane Doe 2's buttocks directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
10/12/21  2:19PM

2