# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 21-1510 KWR | UNITED STATES vs. MARQUEZ | |
| Hearing Date: | 11/15/2021 | Time In and Out: | 1:11-1:35 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Hondo - Remote |
| Defendant: | Christopher Marquez | Defendant's Counsel: | Devon Fooks |
| AUSA: | Alexander Flores | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | | |

## Proceedings

- [x] Defendant orally waives personal presence at hearing/Court accepts Defendant's waiver
- [x] Court notes this is a continuation from the hearing on Friday; Government rests on proffer, answers additional questions from the Court; Defense counsel addresses Court, requests release to his home or to the halfway house
- [ ] Defendant waives Detention Hearing
- [ ] Defendant requests
- [ ] Government

## Custody Status

- [x] Defendant remanded to custody of United States Marshal's Service
- [ ] Conditions

## Other Ruling

- [ ]