UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Kea W. Riggs**

**CASE NO.** CR 21-1510 KWR          **DATE:** November 13, 2023

**TITLE:** *USA v. Christopher Marquez*

**COURTROOM CLERK:** C. Bevel          **COURT REPORTER:** Andrea Lynch

**COURT IN SESSION:** 10:04AM-11:31AM   **TOTAL TIME:** 1 hour 27 minutes

**TYPE OF PROCEEDING:** COMPETENCY HEARING

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Mark Probasco                                 Brian Pori

**PROCEEDINGS:**

10:04am    Court in session, counsel enter appearances, defendant present in custody. Dr. Cassondra Morris, AUSA Alex Flores and Dr. Heather Ross appear with permission by zoom.

10:06am    Mr. Pori addresses Court requests court take judicial notice of the Writ of Habeas filed in CV 22-513 MIS-KRS.

10:07am    Court takes judicial notice.

10:07am    Court takes judicial notice and notes that Mr. Pori is new counsel, replacing Mr. Fooks as counsel.

AUSA Probasco moves, and Court admits without objection Government exhibits 1) Forensic Evaluation completed by Dr. Morris; 2) CV of Dr. Morris; 3) Evaluation from August 2022; 4) Doc. 52 in this case – letter from defendant.

10:09am    AUSA Probasco calls witness Dr. Cassondra Morris, witness sworn.

10:10am    AUSA Probasco conducts direct examination of witness Dr. Morris.

10:10am    Court recognizes Dr. Morris as an expert in forensic psychology.

10:11am   AUSA Probasco continues with direct examination of witness Dr. Morris.

10:20am   Mr. Pori conducts cross examination of witness Dr. Morris.

11:10am   AUSA Probasco conducts re-direct examination of witness Dr. Morris.

11:16am   Court questions witness Dr. Morris.

11:18am   Mr. Pori follows up with a few more questions.

11:21am   Court excuses Dr. Morris.

11:22am   AUSA Probasco addresses Court with closing statements, requests order finding defendant competent to proceed to trial.

11:24am   Mr. Pori responds, requests finding of incompetency or re-referred for psychological testing.

11:27am   Court finds preponderance of evidence that defendant is not suffering from mental disease or defect; finds defendant is competent to proceed to trial. Court requests AUSA Probasco provide the Court with a proposed order. Court addresses defendant.

11:31am   Court in recess.